UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRINA HARRISON,

    Plaintiff,

    v.

IFIT HEALTH & FITNESS, et al.,

    Defendants.

Case No. 21-cv-10079-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint without leave to amend,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed without prejudice to filing in state court.

    **IT IS SO ORDERED.**

Dated: August 11, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge